IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JESSICA HERRON, | |
| Plaintiff, | |
| v. | Case No. 2:21-cv-205-JVB-JPK |
| GRAND CANYON UNIVERSITY, | |
| Defendant. | |

### JOINT STATUS REPORT

On October 13, 2021, the Court stayed this action at the parties' request pending arbitration which is required by an arbitration clause in the parties' contract. The Court ordered the parties to submit a status report by March 28, 2022:

1. Plaintiff Jessica Herron initiated arbitration on February 28, 2022.
2. The case should remain stayed.

Respectfully submitted,

*/s/ Jeffrey D. Stemerick*
Charles R. O'Keefe, Atty. No. 18095-49
Jeffrey D. Stemerick, Atty. No. 29499-53
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
P: (317) 713-3500
F: (317) 713-3699
E: cokeefe@taftlaw.com
jstemerick@taftlaw.com

*Attorney for Defendant, Grand Canyon University*

*/s/Amber K. Boyd*
Amber K. Boyd, Atty. No. 31235-49
8510 Evergreen Avenue
Indianapolis, IN 46240
P: (317) 210-3416
E: amber@amberboydlaw.com

*Attorney for Plaintiff, Jessica Herron*

## **CERTIFICATE OF SERVICE**

I certify that on March 28, 2022, the above was filed using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jeffrey D. Stemerick*

73097410v1

2