IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JESSICA HERRON, | |
| Plaintiff, | |
| v. | Case No. 2:21-cv-205-JVB-JPK |
| GRAND CANYON UNIVERSITY, | |
| Defendant. | |

**STATUS REPORT AND REQUEST FOR DISMISSAL**

On October 13, 2021, the Court stayed this action at the parties' request pending arbitration which is required by an arbitration clause in the parties' contract. That arbitration is now complete. Because the arbitration is complete, Defendant requests that this action be dismissed. Defendant's counsel contacted Plaintiff's counsel several times to request that Plaintiff join this filing, but Plaintiff's counsel did not respond.

Respectfully submitted,

*/s/ Jeffrey D. Stemerick*
Jeffrey D. Stemerick, Atty. No. 29499-53
Charles R. O'Keefe, Atty. No. 18095-49
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
P: (317) 713-3500
F: (317) 713-3699
E: cokeefe@taftlaw.com
jstemerick@taftlaw.com

*Attorney for Defendant, Grand Canyon University*

## CERTIFICATE OF SERVICE

I certify that on April 2, 2024, the above was filed using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jeffrey D. Stemerick*

132382052v1